2-23CV-150-Z

Robert Acevedo  
September 08, 2023

400 N.W. 10th

SEP 15 2023 PM 2:33  
FILED - USDC - NDTX - AM

Dimmitt, Texas 79027

I have attached all paperwork I have filed to the U.S. RAILROAD RETIREMENT BOARD and have not received any response. In the body of the first letter, I stated that legal proceedings would start.

The US RAILROAD RETIREMENT BOARD gave Social Security to Mr. Steve Bevan and not me so that is discrimination and should be treated as such.

The US Court of Appeals for the Fifth Circuit gave it to Mr. Melvin Mims and would not give it to me and that is discriminate. The Windfall was removed in1983, that is when the career people started getting.

theirs.

The Bible in EXODUS Chapter 22, line 8 states.

In every case of dishonest appropriation, whether it be about an ox, or a donkey, or a sheep, or garment, anything else that is appears, where another claims that the thing is his, the claim of both parties that shall be brought before God; The one whom God convicts must make twofold restitution.

Thanks

*Robert R. Acevedo*  
Robert R. Acevedo

Pro se

Robert Acevedo

~~8800 Lomax Rd~~

Phone number: (956) 455-0583

Email: mrmainace@aol.com

23rd day of May, 2023

US Railroad Retirement Board

844 N Rush St, Chicago, IL 60611, USA

Dear Sir/Madam,

The undersigned hereby demands that you:

*Pay me all my TIER 1 and Social Security*

(the "Action").

For your reference I have enclosed a copy of *RL-130UC-C07-92) and Letter*

Please note that if I have to commence legal proceedings in order to require your performance of the Action, this letter will be tendered in court as evidence of your failure to attempt to resolve this matter. Further, you may be liable for any court costs, attorney fees and damages, including punitive damages.

You might want to contact a lawyer to discuss your legal rights and responsibilities.

Yours sincerely,

*Robert K. Acevedo*

Robert Acevedo

enclosure

©2002-2023 LawDepot.com®

RL-130TC (07-92)

# SOCIAL SECURITY BENEFIT INFORMATION

U.S Railroad Retirement Board
844 N. Rush Street Chicago, Illinois 60611-1275                    Date: January 13, 2023

---- ROBERT R ACEVEDO
---- 8800 LOMAX RD
LOS FRESNOS TX 78566-8334

IN REPLY, REFER TO:
ROBERT R ACEVEDO

Social security benefits for the railroad workers and their families are certified by the Social Security Administration to the Railroad Retirement Board for payment. The Social Security Administration notified you and the Railroad Retirement Board that you are entitled to the following social security benefit:

SOCIAL SECURITY BENEFIT PAYMENT SUMMARY

| TYPE OF BENEFIT | MONTHLY RATE | EFFECTIVE DATE |
|---|---|---|
| RETIREMENT | $ 3,237.00 | 05-01-2022 |
|  | 3,505.00 | 12-01-2022 |

Your monthly railroad retirement annuity payments have been adjusted as a result of your receipt of social security benefits.

RAILROAD RETIREMENT ANNUITY PAYMENT SUMMARY

Your annuity consists of separate components. "Tier 1" is computed under the social security formula. "Tier 2" is computed under the railroad retirement formula. Benefits will now be paid as follows:

| EFFECTIVE DATE | TIER 1 | TIER 2 | TOTAL RR RATE |
|---|---|---|---|
| 12-01-2022 | $    .00 | $  486.90 | $  486.90 |

INFORMATION ABOUT THIS AWARD

Entitlement to a social security benefit has required a reduction in your railroad retirement annuity effective with the date your social security

RL-130UC (07-92)

# SOCIAL SECURITY BENEFIT INFORMATION

U.S Railroad Retirement Board
844 N. Rush Street Chicago, Illinois 60611-1275                Date: January 19, 2023

---- GRACIELA ACEVEDO
---- 8800 LOMAX RD
     LOS FRESNOS TX 78566-8334

IN REPLY, REFER TO:
ROBERT R ACEVEDO
GRACIELA ACEVEDO

The Social Security Administration advised the Railroad Retirement Board to adjust your social security benefit.

SOCIAL SECURITY BENEFIT PAYMENT SUMMARY

| TYPE OF BENEFIT | MONTHLY RATE | EFFECTIVE DATE |
|---|---|---|
| Retirement | $   932.00 | 05-01-2022 |
|  |   1,013.00 | 12-01-2022 |

Your monthly railroad retirement annuity payments have been adjusted as a result of your receipt of social security benefits.

RAILROAD RETIREMENT ANNUITY PAYMENT SUMMARY

Your annuity consists of separate components. "Tier 1" is computed under the social security formula. "Tier 2" is computed under the railroad retirement formula. Benefits will now be paid as follows:

| EFFECTIVE DATE | TIER 1 | TIER 2 | TOTAL RR RATE |
|---|---|---|---|
| 12-01-2022 | $   284.26 | $   199.34 | $   483.60 |

INFORMATION ABOUT THIS AWARD

The Social Security Administration advised us that your social security benefit rate has increased effective May 1, 2022. We must reduce the tier 1 component of your annuity, which is based on the employee's railroad service and social security credits, by the new benefit rate.

Robert Acevedo

~~8800 Lomax~~

~~Los Fresnos, Texas 78566~~

US Railroad Retirement Board

844 N. Rush St.

Chicago, Il. 60611

I have attached a copy of RL-130TC (07-920, You have deleted my Tier I where you did not delete it from Steve Bevan when you gave him his Social Security.

Also, when the Fifth Circuit Court of Appeals awarded Melvin Mims his Social Security you did not delete his Tier I.

I asked and tried filing with the Fifth Circuit Court of Appeals and entered Steve Bevan on my filing, but you motioned me to remove his name, that is discrimination.

You said, on most of my conversations with RRB employees I have been told that I would be double dipping, but that law was removed in 1983 when Congress removed the Windfall Law and that is when you started paying Social Security to the Career people and they are **double dipping,** because if Tier I is Social Security they should only be getting it after age 62 and with at least a 25% reduction.

As I put on my cover page, all this will be given to the Court,

I paid for all my Tier I and if you remember I had to buy two months to get my retirement.

Thanks

*[signature]*
Robert Acevedo