IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ROBERT ACEVEDO,

    Plaintiff,

v.

UNITED STATES RAILROAD
RETIREMENT BOARD,

    Defendant.

2:23-CV-150-Z

## JUDGMENT

The Court has entered an order **DISMISSING** Plaintiff's complaint. Accordingly, Plaintiff's case is **DISMISSED**.

**SO ORDERED**.

November 16, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE